**Affirmed and Majority Memorandum Opinion and Concurring Memorandum Opinion filed July 6, 2023.**



In The

# Fourteenth Court of Appeals

### NO. 14-21-00266-CV

### LARRY JOHNS, Appellant

### V.

### CARL R. GRANTOM AND LEIGH ANN GRANTOM, Appellee

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-42908**

### CONCURRING MEMORANDUM OPINION

I concur in the judgment.

Either the legislature or the courts must address the precision of modern surveying and the reality that most fences aren't erected with such precision. I question whether the traditional test for adverse possession should be revisited in light of modern technology. Does the law require that every new fence built in an urban area must be done in conjunction with a surveyor to protect the lot

ownership against a future adverse-possession claim?

Because we need not decide that issue today, I respectfully concur.


/s/    Charles A. Spain
       Justice

Panel consists of Justices Spain, Poissant, and Wilson (Wilson, J., majority).